FILED
CLERK, U.S DISTRICT COURT
DEC 2 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br>Frank E. Johnston<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 10-01013 SJO<br><br>**ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES**<br>**18 USC §3006A(f)** |

On _____12/7/11_____ witness <u>Rexford Milton Harris Jr.</u>

**X** submitted a financial affidavit in support of his request for appointment of counsel without payment of fees. After review of the affidavit, the court finds that the witness has the present ability to make a contribution towards his attorney's fees.

☐ did not submit a financial affidavit, but appeared without counsel.

Subject to this order of contribution, the Court hereby appoints <u>Marilyn Bednarski</u>
as counsel for the witness
☐ until further notice.
**X** for these proceedings only.

The witness is ordered to pay towards attorney's fees in accordance with the schedule of payments set forth below:

**X** **The total amount bill by appointed counsel.**
   ☐ due not later than _____
   ☐ due in monthly payments of $ _____ beginning _____.

☐ Monthly payments of $ _____ to commence on _____
   and to continue until final disposition of this case.

☐ Other _____

All cashier's checks and/or money orders must be made payable to: **CLERK, U.S. DISTRICT COURT** and mailed to: United States District Court, Central District of California, 312 N. Spring Street, Room G-8, Los Angeles, California 90012, Attn: Fiscal Section. Your name and case number must be included on the cashier's check or money order.

This order is subject to reconsideration by the Court. The witness is advised that he/she may be required, based upon his/her then present ability, to contribute a greater or lesser amount of money for attorney's fees upon reconsideration by the Court.

_____12/22/11_____   _____
Dated                    United States District Judge

cc: *Clerk's Office, Fiscal Section*
    *CJA*
    *FPD*
    *PSA*

CR-26 (07/05)                ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES