ROGER J. ROSEN, California Bar No. 48573
Attorney at Law
1801 Avenue of the Stars, Suite 900
Los Angeles, California 90067

Telephone: (310) 557-1242
Fax:       (310) 203-2150
Email: roger12@pacbell.net

PAMELA O'LEARY TOWER, California Bar No. 262827
P.O. Box 191
Kenwood, CA 95452

Cell: 808/255-2949
Facsimile: 707/282-0350
Email: pamelatower@earthlink.net

Attorneys for Defendant FRANK E. JOHNSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 10-1013 SJO |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO TRANSCRIBE SEALED TESTIMONY OF SAMIR HADDAD |
| FRANK E. JOHNSTON, | |
| Defendant. | |

GOOD CAUSE THEREFOR HAVING BEEN SHOWN, Defendant Frank E. Johnston's Motion to Transcribe Sealed Testimony of Samir Haddad be and hereby is GRANTED.

IT IS SO ORDERED.

DATED: January 24, 2013

_____
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE